BEFORE THE FIRST DIVISION, DECEMBER 14, 1964

No. 68941.—Topflight Corp. v. United States, protests 59/4566 and 59/21005 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plain transparent vinyl tape similar in all material respects to that the subject of Abstract 67888, the claim of the plaintiff was sustained.